**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** New Bedford | **Category No.** II | **Investigating Agency** ATF |
| **City** New Bedford | **Related Case Information:** | |
| **County** Bristol | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____  New Defendant X | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

**Defendant Information:**

Defendant Name: Calvin Rosa  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Shiesty

Address: New Bedford, MA

Birth date (Yr only): 2002  SSN (last 4#): 3877  Sex: M  Race: Hispanic  Nationality: USA

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Philip C. Cheng / John Reynolds  Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** Bristol County Sheriff's Department

**Arrest Date:** 3/12/2025

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Bristol County  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/20/2025  Signature of AUSA: /s/ Philip C. Cheng

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Calvin Rosa

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm and ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**